LISA A. COSTELLO, ESQ.
Nevada Bar No. 6260
CURRIDEN & ARNESON
7201 W. Lake Mead Blvd., #580
Las Vegas, Nevada 89102
Tel: (510) 267-7266
Fax: (702) 870-2886
Lisa.Costello@CSAA.com
Attorneys for Defendant
CSAA INSURANCE EXCHANGE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LORI MAYO,<br><br>        Plaintiff,<br><br>vs.<br><br>CSAA INSURANCE EXCHANGE, a Foreign Corporation authorized to do business in the State of Nevada; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No. 3:18-CV-00269<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff LORI MAYO, by and through her attorney of record, STEVEN J. KLEARMAN, and Defendant CSAA INSURANCE EXCHANGE, by and through its attorney of record, LISA A. COSTELLO, that the above-entitled matter be dismissed without prejudice, with each of the parties to bear their own costs and fees.

It is so stipulated.

STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE

-1-

DATED this 10th day of July, 2018.

| KLEARMAN & ASSOCIATES | CURRIDEN & ARNESON |
|---|---|
| By _____ <br> STEVEN J. KLEARMAN, ESQ. <br> 437 W. Plumb Lane <br> Reno, NV 89509 <br> Attorneys for Plaintiff | By _____ <br> LISA A. COSTELLO, ESQ. <br> 7201 W. Lake Mead Blvd., #580 <br> Las Vegas, Nevada 89128 <br> Attorneys for Defendant |

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES HERETO, through their respective counsel of record, it is hereby,

ORDERED, ADJUDGED AND DECREED, that the above-entitled matter be dismissed without prejudice with each of the parties to bear their own costs and fees incurred herein.

DATED this 6th day of August, 2018.

_____
U.S. DISTRICT JUDGE

STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE
-2-